**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**CIVIL ACTION**

BRITTANY TOPLISEK,
    Plaintiff,

vs.

CANON McMILLAN SCHOOL DISTRICT,
DR. NICK BAYAT,
LINDA NICHOLS,
MICHELE MOELLER,
STEPHEN MOSKAL, and
DAVID HELINSKI,
    Defendants.

No. 10-767

**ORDER**

AND NOW, this 14th day of April, 2011, upon consideration of the Motion to Release Records filed by Defendants, Canon Mcmillan School District, Dr. Nick Bayat, Linda Nichols, Michele Moeller and Stephen Moskal, the Motion is hereby granted, and counsel for those Defendants may share the records of the Washington County District Attorney's Office, which are the subject of this Court's May 09, 2009 Order (docketed on may 11, 2009) in the case filed in the United States District Court for the Western District of Pennsylvania at Docket No. 08-00154, with the attorney of record for Defendant, David Helinski, in the above captioned action. A copy of this Court's above referenced May 09, 2009 Order shall be provided with those documents, and all counsel are directed to abide by that Order.

By the Court,

_____
Gary L. Lancaster, Chief U.S. District Judge