IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

BRITTANY TOPLISEK,

    Plaintiff,

vs.

No. 10-767

CANON MCMILLAN SCHOOL, et al.

Chief U.S. District Judge Gary L. Lancaster

    Defendants.

## STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff's hereby dismiss the above captioned case against the Defendants, Canon McMillan School District, Dr. Nick Bayat, Linda Nichols, Michele Moeller and Stephen Moskal and David Helinski, with prejudice. The signatures of counsel of record of all parties are set forth below.

Respectfully submitted,

By: /s/ Matthew A. Keranko
Matthew A. Keranko, Esquire
Attorney for Plaintiff
mkeranko@kjlawllc.com
30 South Main Street, Suite 102
Washington, PA 15301
(724) 225-6780
Fax (724) 225-1730
PA ID No 94368

By: /s/ Susan T. Roberts
Susan T. Roberts, Esquire
sroberts@peacockkeller.com
Attorney for Defendants, Canon Mcmillan
School District, Dr. Nick Bayat, Linda Nichols,
Michele Moeller, Stephen Moskal
70 East Beau Street
Washington, PA 15301
(724) 222-4520
Fax: (724) 222-3318
PA I.D. 66758

By: /s/ John W. Smart
John W. Smart, Esquire
jsmart@andrewsandprice.com
Attorney for Defendant, David Helinski
1500 Ardmore Boulevard, Suite 506
Pittsburgh, PA 15221
412-243-9700
Fax - 412-243-9660
PA I.D. 43592

SO ORDERED, this 26 day of August, 2011.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge